# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. KENTRELL GAULDEN, DEFENDANT(S) | CASE NUMBER: 2:21-cr-00392-RGK  1 <br><br> **WARRANT FOR ARREST** |
|---|---|

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest KENTRELL GAULDEN and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment charging him/her with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section(s) 922(g)(1).

USMS-MLA'21OCT22 16:14

| Kiry K. Gray | August 20, 2021    Los Angeles, CA |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | |
| *Jonnathan Benites-Bernardini* | By: JACQUELINE CHOOLJIAN |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**    SIGNATURE OF ARRESTING OFFICER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. KENTRELL GAULDEN, DEFENDANT(S) | CASE NUMBER: 2:21-cr-00392-RGK    1 |
|---|---|
| | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| YEAR OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

| INVESTIGATIVE AGENCY NAME: **FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES:

```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                   08/20/2021

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:    JBB      DEPUTY
```

-SXS-MLA'21OCT2216:20

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENTRELL GAULDEN,<br>    aka "YoungBoy Never Broke<br>        Again,"<br>    aka "NBA YoungBoy,"<br>    aka "Youngboy,"<br>    aka "YB,"<br>    aka "Top,"<br><br>    Defendant. | CR  2:21-cr-00392-RGK-1<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about March 22, 2021, in Los Angeles County, within the Central District of California, defendant KENTRELL GAULDEN, also known as ("aka") "YoungBoy Never Broke Again," aka "NBA YoungBoy," aka "Youngboy," aka "YB," aka "Top," knowingly possessed a firearm, namely, an FN, model FNX-45, .45 ACP caliber pistol, bearing serial number FX3U140732, and ammunition, namely, 12 rounds of Hornady .45 caliber ammunition, in and affecting interstate and foreign commerce.

1 | Defendant GAULDEN possessed such firearm and ammunition knowing
2 | that he had previously been convicted of a felony crime punishable by
3 | a term of imprisonment exceeding one year, namely, Aggravated Assault
4 | with a Firearm, in violation of Louisiana Revised Statutes Section
5 | 14:37.4, in the Nineteenth Judicial District Court for the Parish of
6 | East Baton Rouge, State of Louisiana, Case Number 01-17-0361, on or
7 | about August 22, 2017.

1  FORFEITURE ALLEGATION
2  [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]
3      1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal
4  Procedure, notice is hereby given that the United States of America
5  will seek forfeiture as part of any sentence, pursuant to Title 18,
6  United States Code, Section 924(d)(1), and Title 28, United States
7  Code, Section 2461(c), in the event of the defendant's conviction of
8  the offense set forth in this Indictment.
9      2.   The defendant, if so convicted, shall forfeit to the United
10 States of America the following:
11       (a)   All right, title, and interest in any firearm or
12 ammunition involved in or used in such offense, including but not
13 limited to the following:
14             i.   one FN, model FNX-45, .45 ACP caliber pistol,
15 bearing serial number FX3U140732; and
16             ii.  twelve rounds of Hornady, .45 caliber pistol
17 ammunition.
18       (b)   To the extent such property is not available for
19 forfeiture, a sum of money equal to the total value of the property
20 described in subparagraph (a).
21     3.   Pursuant to Title 21, United States Code, Section 853(p),
22 as incorporated by Title 28, United States Code, Section 2461(c), the
23 defendant, if so convicted, shall forfeit substitute property, up to
24 the value of the property described in the preceding paragraph if, as
25 the result of any act or omission of the defendant, the property
26 described in the preceding paragraph or any portion thereof
27 (a) cannot be located upon the exercise of due diligence; (b) has
28 been transferred, sold to, or deposited with a third party; (c) has

3

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SARAH E. GERDES
Assistant United States Attorney
General Crimes Section

4